IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

T. F., A Child,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3059

Opinion filed December 18, 2015.

An appeal from the Circuit Court for Gadsden County.
Kathy L. Garner, Judge.

Nancy A. Daniels, Public Defender, Archie F. Gardner, Jr., Assistant Public Defender, Tallahassee, and Stephanie N. Osman, Assistant Public Defender, Quincy, for Appellant.

Pamela Jo Bondi, Attorney General, Michael Schaub, Assistant Attorney General, and Matthew Pavese, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., BENTON, and KELSEY, JJ., CONCUR.